**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jennifer Beardsall et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> CVS Pharmacy, Inc. et al., <br><br> Defendant(s). | Case No. 16 C 6103 <br> Judge Amy J. St. Eve |

## ORDER

(0:03) Status hearing held on 4/20/17 and continued to 6/14/17 at 8:30 a.m. Plaintiffs' motion to dismiss certain individuals without prejudice and to change the case name and caption [88] is granted. Plaintiffs Patricia Bordenet, Kelly Biddle, Joseph Branciforte, Taryn Cornelius, Shirley Darden, Jack Holzman, Andee Kochavi, Tammy Kummers, Daniel Ladd, Keith Lutz, Tina Nicolosi, Jonathan Perlin and Donna White are dismissed without prejudice to their rights as absent members of the putative class. The Clerk is directed to change the name of the case to Beardsall, et al. v. CVS Pharmacy, Inc., et al. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing.

Date: 4/20/2017

Amy J. St. Eve
United States District Judge