IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jennifer Beardsall, et al.,

Plaintiffs,

v.

CVS Pharmacy, et al.,

Defendants.

Case No. 16 C 6103
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants CVS Pharmacy, et al.
and against plaintiffs Jennifer Beardsall, et al.

Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow pursuant to a stipulation for entry of final judgment.

Date:  4/8/2019                                Thomas G. Bruton, Clerk of Court

                                               Amanda Scherer, Deputy Clerk