# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JENNIFER BEARDSALL, *et al.*, individually and on behalf of all others similarly situated,<br><br>     v.<br><br>CVS PHARMACY, INC.; TARGET CORPORATION; WALGREEN CO., WAL-MART STORES, INC., and FRUIT OF THE EARTH, INC.,<br><br>       Defendants. | Case No. 1:16-cv-06103<br><br>Hon. Joan Lefkow |

## NOTICE OF APPEAL

Plaintiffs-Appellants Jennifer Beardsall, *et al.* individually and on behalf of all others similarly situated, by their undersigned counsel, file this Notice of Appeal from the Court's March 13, 2019 order granting summary judgment to certain Defendants (Dkt. 220) entered on March 13, 2019, its order dismissing the case (Dkt. 223) entered on April 8, 2019, and its judgment (Dkt. 224) entered on April 8. 2019 in this matter, and all other opinions and orders that merge therein. This appeal shall be taken to the Seventh Circuit Court of Appeals.

**DATED:** April 29, 2019.

s/Gregory F. Coleman
*Counsel of Record for All Plaintiffs*
Gregory F. Coleman
Rachel Soffin
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0090
Facsimile: 865-522-0049
greg@gregcolemanlaw.com
rachel@gregcolemanlaw.com

Jason J. Thompson
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: 248-355-0300
jthompson@sommerspc.com

Nick Suciu III
**BARBAT, MANSOUR & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone: 313-303-3472
nicksuciu@bmslawyers.com

Katrina Carroll
Kyle A. Shamberg
**LITE DePALMA GREENBERG, LLC**
111 West Washington, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
kcarroll@litedepalma.com
kshamberg@litedepalma.com

Jonathan Cohen
**MORGAN & MORGAN**
Complex Litigation Group
201 North Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-223-5402
JCohen@ForThePeople.com

Jonathan N. Shub CSB #237708
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
 jshub@kohnswift.com

*Attorneys for All Plaintiffs*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on April 29, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants, including:

Eric S. Mattson
Elizabeth Chiarello
Caitlin Maly Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
emattson@sidley.com
echiarello@sidley.com
cmaly@sidley.com

       s/Gregory F. Coleman
       Gregory F. Coleman
       *Counsel of Record for All Plaintiffs*